KIRK B. LENHARD, ESQ.
Nevada Bar No. 1437
ADAM K. BULT, ESQ.
Nevada Bar No. 9332
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
E-mail: klenhard@bhfs.com
E-mail: abult@bhfs.com

CHRISTINE E. DRAGE, ESQ.
Nevada Bar No. 6624
WEIL & DRAGE, APC
6085 West Twain Avenue, Suite 203
Las Vegas, Nevada 89103
Telephone: (702) 314-1905
Facsimile: (702) 314-1909
E-mail: cdrage@weildrage.com

DAVID J.J. ROGER, ESQ.
District Attorney
Nevada Bar No. 2481
E. LEE THOMSON, ESQ.
Chief Deputy District Attorney
Nevada Bar No. 1057
CIVIL DIVISION
500 South Grand Central Parkway, 5th Floor
P.O. Box 552215
Las Vegas, Nevada 89155-2215

*Attorneys for Plaintiff/Counterdefendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CLARK COUNTY, a political subdivision of the State of Nevada,<br><br>Plaintiff,<br><br>v.<br><br>JACOBS FACILITIES INC., a Foreign Corporation; and/or CRSS CONSTRUCTORS, INC., a Foreign Corporation; ROE Corporations I-X,<br><br>Defendants. | CASE NO.: 2:10-cv-00194-LRH-PAL<br><br>**JOINT ORDER REGARDING UPDATED DISCOVERY SCHEDULE** |

14255\1\1525470.1

1

Pursuant to the Minutes of Proceedings regarding the Status Conference held on April 5, 2011 (Dkt. #63);

IT IS SO ORDERED that the discovery schedule is revised as follows:

| Event | Original Date | Revised Date |
|---|---|---|
| Discovery Begins | 07.01.10 | n/a |
| Fact Depositions Begin | 01.11.11 | 01.11.11 |
| Fact Depositions Conclude | 02.28.12 | 02.28.12 |
| Plaintiff to Disclose Damage Experts & Reports | 08.01.11 | 08.01.11 |
| Plaintiff to Disclose Remaining Experts & Reports | 08.01.11 | 08.31.11 |
| Plaintiff Expert Depositions Begin: Damages Expert | 08.15.11 | 08.15.11 |
| Plaintiff Remaining Expert Depositions Begin | 08.15.11 | 09.14.11 |
| Defendant to Disclose Experts & Reports | 10.01.11 | 11.01.11 |
| Deadline to File Motion: Amend & Add Parties | 02.15.12 | 02.15.12 |
| Plaintiff to Disclose Rebuttal Experts & Reports | 11.15.11 | 12.15.11 |
| Parties to File Interim Status Report | 03.16.12 | 03.16.12 |
| Expert Depositions Conclude | 01.13.12 | 02.13.12 |
| Discovery Concludes | 02.28.12 | 02.28.12 |
| Deadline to File Dispositive Motions | 04.30.12 | 04.30.12 |
| Pre-Trial Order to be Filed By Parties | 05.31.12 | 05.31.12 |
| Trial | 06.18.12 | 06.18.12 |

DATED this 15th day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 11, 2011

Submitted by:

  /s/ Adam K. Bult
KIRK B. LENHARD
Nevada Bar No. 001437
ADAM K. BULT
Nevada Bar No. 009332
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106

DATED: April 11, 2011

Approved as to Form and Content:

  /s/ Mark A. Menghini
NICHOLAS M. WIECZOREK, ESQ.
Nevada Bar No. 006170
MORRIS POLICH & PURDY LLP
3883 Howard Hughes Parkway, Suite 560
Las Vegas, Nevada 89169
Telephone: (702) 862-8300

14255\1\1525470.1

1

| | |
|---|---|
| Telephone: (702) 382-2101<br>Facsimile: (702) 382-8135<br>E-mail: klenhard@bhfs.com<br>E-mail: abult@bhfs.com<br><br>CHRISTINE E. DRAGE, ESQ.<br>Nevada Bar No. 6624<br>WEIL & DRAGE, APC<br>6085 West Twain Avenue, Suite 203<br>Las Vegas, Nevada 89103<br>Telephone: (702) 314-1905<br>Facsimile: (702) 314-1909<br>E-mail: cdrage@weildrage.com<br><br>DAVID J. J. ROGER, ESQ.<br>District Attorney<br>Nevada Bar No. 2481<br>E. LEE THOMSON, ESQ.<br>Chief Deputy District Attorney<br>Nevada Bar No. 1057<br>CIVIL DIVISION<br>500 South Grand Central Parkway<br>Fifth Floor<br>P.O. Box 552215<br>Las Vegas, Nevada 89155-2215<br>*Attorneys for Plaintiff/Counter-defendant* | Facsimile: (702) 862-8400<br>E-mail: nwieczorek@mpplaw.com<br><br>TIMOTHY R. THORNTON, ESQ.,<br>Pro Hac Vice<br>MARK A. MENGHINI, ESQ.<br>Pro Have Vice<br>GREENSFELDER, HEMKER & GALE, P.C.<br>10 South Broadway, Ste. 2000<br>St. Louis, MO 63102<br>Telephone: (314) 241-9090<br>Facsimile: (314) 241-8624<br>E-mail: trt@greensfelder.com<br>E-mail: mam@greensfelder.com<br>*Attorneys for Defendants/Counterclaimants* |