1
2
3
4           **UNITED STATES DISTRICT COURT**
5           **DISTRICT OF NEVADA**
6
7   CLARK COUNTY,                          )
                                           )
8                         Plaintiff,       )      Case No. 2:10-cv-00194-LRH-PAL
                                           )
9   vs.                                    )      <u>**ORDER**</u>
                                           )
10  JACOBS FACILITIES, INC., *et al.,*     )
                                           )
11                        Defendants.      )
    _____    )
12

13          The court conducted a telephonic status conference at the parties' requests on July 21, 2011, at

14  10:30 a.m.  Adam Bult participated on behalf of the Plaintiff, and Mark Menghini appeared on behalf of

15  the Defendants.

16          Having reviewed the parties' Joint Status Report (Dkt. #83), the court is satisfied that the parties

17  have been diligently pursing discovery and working on a satisfactory resolution to issues involving  the

18  voluminous document productions involved in this complex litigation.  The court agrees the parties

19  have established good cause to modify the Discovery Plan and Scheduling Order deadlines.  As such,

20          **IT IS ORDERED** that the Discovery Plan and Scheduling Order deadlines are extended as

21  follows:

22          a.      Fact Depositions Conclude:   **April 31, 2012.**

23          b.      Plaintiff to Disclose Damage Experts & Reports:  **September 30, 2011.**

24          c.      Plaintiff to Disclose Remaining Experts & Reports: **October 31, 2011.**

25          d.      Plaintiff Expert Depositions Begin: Damages Expert: **October 14, 2011.**

26          e.      Plaintiff Remaining Expert Depositions Begin: **November 14, 2011.**

27          f.      Defendant to Disclose Experts & Reports: **January 15, 2012.**

28          g.      Deadline to File Motion: Amend & Add Parties: **April 16, 2012.**

h. Plaintiff to Disclose Rebuttal Experts & Reports: **February 28, 2012.**

i. Parties to File Interim Status Report: **May 15, 2012.**

j. Expert Depositions Conclude: **April 30, 2012.**

k. Discovery Concludes: **April 30, 2012.**

l. Deadline to File Dispositive Motions: **June 29, 2012.**

m. Pre-Trial Order to be Filed By Parties: **July 30, 2012.**  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

n. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

Dated this 21st day of July, 2011.

Peggy A. Leen
United States Magistrate Judge

2