1

2

3

4                           **UNITED STATES DISTRICT COURT**

5                                  **DISTRICT OF NEVADA**

6

7   CLARK COUNTY,                          )

8                         Plaintiff,       )        Case No. 2:10-cv-00194-LRH-PAL

                                           )
9   vs.                                    )              **ORDER**

                                           )
10  JACOBS FACILITIES, INC., *et al.,*     )

                                           )
11                       Defendants.       )

    _____    )

12

13          The court conducted a status and dispute resolution conference on October 21, 2011, and heard

14  oral arguments regarding the parties' supplemental briefs in support of Defendants' arguments it

15  inadvertently disclosed a mitigation plan, and Plaintiff's opposition.  The court took the matter under

16  submission indicating it would issue a separate written order. Shortly after the hearing the parties sent a

17  letter to the undersigned and the district judge requesting that the court hold in abeyance decision of

18  pending motions because they were discussing settlement and a possible mediation.

19          On November 1, 2011, the parties submitted a stipulation and proposed order to stay all

20  proceedings pending  mediation which the district judge approved in an Order (Dkt. #106) entered

21  November 3, 2011.  The parties have advised the court that they planned on conducting a mediation in

22  February 2012.  On November 4, 2011, the district judge entered a Minute Order (Dkt. #108) requiring

23  the parties to file a status report either separately or jointly on or before February 28, 2012, if this action

24  is not otherwise resolved by then.

25           Under these circumstances,

26          **IT IS ORDERED** the parties' discovery dispute concerning the "mitigation plan" is deemed

27  withdrawn.  In the event the parties have been unable to resolve this case through mediation, counsel

28  for the moving party shall file a notice requesting that the motion to deem the document inadvertently

1   produced be reinstated, and that the court enter a decision resolving this discovery dispute.

2   　　　　Dated this 15th day of November, 2011.

3

4   _____

5   Peggy A. Leen
    United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2