KIRK B. LENHARD, ESQ.
Nevada Bar No. 1437
ADAM K. BULT, ESQ.
Nevada Bar No. 9332
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135
E-mail: klenhard@bhfs.com
E-mail: abult@bhfs.com
E-mail: ckircher@bhfs.com

CHRISTINE E. DRAGE, ESQ.
Nevada Bar No. 6624
WEIL & DRAGE, APC
2500 Anthem Village Drive
Henderson, NV 89052
Telephone: (702) 314-1905
Facsimile: (702) 314-1909
E-mail: cdrage@weildrage.com

STEVEN B. WOLFSON, ESQ.
Nevada Bar No. 1565
District Attorney
E. LEE THOMSON, ESQ.
Chief Deputy District Attorney
Nevada Bar No. 1057
CIVIL DIVISION
500 South Grand Central Parkway, 5th Floor
P.O. Box 552215
Las Vegas, Nevada 89155-2215

*Attorneys for Plaintiff/Counterdefendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLARK COUNTY, a political subdivision of the State of Nevada,<br><br>Plaintiff,<br><br>v.<br><br>JACOBS FACILITIES INC., a Foreign Corporation; and/or CRSS CONSTRUCTORS, INC., a Foreign Corporation; ROE Corporations I-X,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS. | CASE NO.: 2:10-cv-00194-LRH-PAL<br><br>**BROWNSTEIN HYATT FARBER SCHRECK, LLP'S MOTION TO WITHDRAW CHRISTOPHER D. KIRCHER AS COUNSEL OF RECORD** |

014255\0001\1693344.1                                  1

1    Pursuant to Local Rule IA 10-6, Plaintiff Clark County ("Plaintiff") hereby moves to
2    withdraw Christopher D. Kircher, Esq., as its counsel in the above-referenced matter for the
3    reasons set forth:
4    Effective January 20, 2012, Mr. Kircher left his position at Brownstein Hyatt Farber
5    Schreck, LLP and no longer represents Plaintiff in this action.  Kirk B. Lenhard, Esq., and Adam
6    K. Bult, Esq., of Brownstein Hyatt Farber Schreck, LLP will continue to serve as counsel of
7    record.
8    . . .
9    . . .
10   . . .
11   . . .
12   . . .
13   . . .
14   . . .
15   . . .
16   . . .
17   . . .
18   . . .
19   . . .
20   . . .
21   . . .
22   . . .
23   . . .
24   . . .
25   . . .
26   . . .
27   . . .
28   . . .

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106
(702) 382-2101

For the foregoing reasons, counsel asks that this motion to withdraw be granted and that Christopher D. Kircher be removed from the CM/ECF Service List.

DATED this 11th day of June, 2012.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By: /s/ Adam K. Bult
KIRK B. LENHARD, ESQ.
Nevada Bar No. 1437
ADAM K. BULT, ESQ.
Nevada Bar No. 9332
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106
Telephone:  702.382.2101
Facsimile:  702.382.8135
E-mail: klenhard@bhfs.com
E-mail: abult@bhfs.com
E-mail: ckircher@bhfs.com

CHRISTINE E. DRAGE, ESQ.
Nevada Bar No. 6624
WEIL & DRAGE, APC
2500 Anthem Village Drive
Henderson, NV 89052
Telephone: (702) 314-1905
Facsimile:  (702) 314-1909
E-mail: cdrage@weildrage.com

STEVEN B. WOLFSON, ESQ.
District Attorney
Nevada Bar No. 1565
E. LEE THOMSON, ESQ.
Chief Deputy District Attorney
Nevada Bar No. 1057
CIVIL DIVISION
500 South Grand Central Parkway,
5th Floor
P.O. Box 552215
Las Vegas, Nevada  89155-2215
*Attorneys for Plaintiff/Counterdefendant*

IT IS SO ORDERED this 11th day of June, 2012.

_____
Peggy A. Leen
United States Magistrate Judge