UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| CLARK COUNTY, | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-CV-00194-LRH-PAL |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| JACOBS FACILITIES INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before the court is Plaintiff Clark County and Defendants/Counterclaimants Jacobs Facilities Inc. and Constructors, Inc.'s Joint Objection (#116[1]) to the Magistrate Judge's Order (#115) of May 23, 2012, denying approval of the parties' Proposed Joint Scheduling Order (#113) and setting an alternative discovery plan and schedule. The Magistrate Judge's Order was based on the court's direction to set this matter for trial on Monday, February 18, 2013.

Having considered the joint objections of the parties, and good cause appearing, the court affirms the Magistrate Judge's denial of the parties' Proposed Joint Scheduling Order but finds that additional time is warranted. Accordingly,

**IT IS ORDERED** that:

1. The parties' Joint Objection to Magistrate Judge's Order (#116) is GRANTED in part and DENIED in part.

---

[1] Refers tot he court's docket entry number.

2. The following discovery plan and scheduling order deadlines shall apply:

    a. Fact Depositions Conclude: **December 7, 2012.**

    b. Plaintiff to Disclose Remaining Experts & Reports: **August 14, 2012.**

    c. Plaintiff Expert Depos Begin: Damages Expert: **July 2, 2012.**

    d. Plaintiff Remaining Expert Depos Begin: **August 29, 2012.**

    e. Defendant to Disclose Experts & Reports: **October 10, 2012.**

    f. Deadline to File Motion to Amend & Add Parties: **September 6, 2012.**

    g. Plaintiff to Disclose Rebuttal Experts & Reports: **November 21, 2012.**

    h. Parties to File Interim Status Report: **October 18, 2012.**

    i. Expert Depositions Conclude: **December 21, 2012.**

    j. Deadline to File Dispositive Motions: **January 28, 2013.**

    k. Pre-Trial Order to be Filed by Parties: **February 25, 2013**. The joint pretrial order shall be filed whether or not dispositive motions are under submission. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

    l. Calendar Call: **April 18, 2013.**

    m. Trial: **April 30, 2013.** The dates for calendar call and trial shall be included in the joint pretrial order.

    n. A settlement conference is set for **January 8, 2013, at 9:30 a.m.**

3. No further extensions shall be granted absent extraordinary circumstances.

DATED this 13th day of June, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2